**No. 54039.**—Balex Co., Inc., et al. *v.* United States, protests 138098–K, etc. (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.